Morris Larnard Elmore
PLAINTIFF/PETITIONER/MOVANT'S NAME

F03648
PRISON NUMBER

Donovan State Prison
PLACE OF CONFINEMENT

P.O. Box #799004 /SD/ 92179
ADDRESS

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

Morris Larnard Elmore,
Plaintiff/Petitioner/Movant

v.

San Diego Police Department
Defendant/Respondent

Civil No. **'08 CV 1464 L PCL**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Morris Larnard Elmore, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration Donovan State Prison
   Are you employed at the institution?        ☐ Yes ☑ No
   Do you receive any payment from the institution?   ☐ Yes ☑ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A.__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Cooper Construction Company, In 1998 to 1999 / Take Home Salary Weekly — was $300.00__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __N/A.__

4. Do you have any checking account(s)?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): __N/A__
   b. Present balance in account(s): __N/A__

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): __N/A.__
   b. Present balance in account(s): __N/A__

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☑ No
   a. Make: __N/A__   Year: __N/A__   Model: __N/A.__
   b. Is it financed? ☐ Yes ☑ No
   c. If so, what is the amount owed? __N/A.__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. N/A
   N/A

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A
   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): 
   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    N/A

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

X _____        _____
      DATE                          SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Morris Larnard Elmore__,
(NAME OF INMATE)

__F03648__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.00__ on account to his/her credit at __—__
__Donovan State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0.00__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __0.00__.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

X __August 11, 2008__
DATE

X __[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

X __A. Williams__
OFFICER'S FULL NAME (PRINTED)

X __Correctional Officer__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)  -4-  K:\COMMON\FORMS\CIV-67

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Morris Larnard Elmore #F03648, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

X August 11, 2008                                    Morris Elmore
DATE                                                  SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                    REPORT DATE: 06/20/08
                                                           PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 20, 2008

ACCOUNT NUMBER : F03648              BED/CELL NUMBER: F41800000000117L
ACCOUNT NAME   : ELMORE, MORRIS      ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION  COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------  -------  ---------  --------  -----------  -------

12/01/2007   BEGINNING BALANCE                                          0.00

       ACTIVITY FOR 2008
02/01*DD30  CASH DEPOSIT   3932/SDCJ           37.77                   37.77
02/14 W610  TRANSFER OF T  4249/CRC  015130968           37.77          0.00


                            CURRENT HOLDS IN EFFECT
       DATE       HOLD
       PLACED     CODE      DESCRIPTION         COMMENT     HOLD AMOUNT
       ------     ----      -----------         -------     -----------
       05/29/2008 H106  UNITED PARCEL SERVICE HOLD  6441/UPS    15.83


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/04/05                CASE NUMBER: SCD191793
COUNTY CODE: SD                         FINE AMOUNT: $   800.00

       DATE     TRANS.   DESCRIPTION           TRANS. AMT.   BALANCE
       ----     ------   -----------           -----------   -------

12/01/2007     BEGINNING BALANCE                               800.00

02/01/08  DR30   REST DED-CASH DEPOSIT           41.95-        758.05

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS       TRANSACTIONS
   BALANCE   DEPOSITS  WITHDRAWALS    BALANCE   BALANCE      TO BE POSTED
  ---------  --------  -----------    -------   -------      ------------
     0.00      37.77      37.77         0.00     15.83           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Hastings
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-------------
  15.83-